UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CONTRACT MANAGEMENT SERVICES, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:08CV0307 AGF |
|  | ) |  |
| LUFTHANSA CARGO CHARTER AGENCY GmbH, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to file an amended complaint, with the consent of Defendant, is **GRANTED**. [Doc. #9]

**IT IS FURTHER ORDERED** that motion to dismiss the original complaint, which was converted to a motion for summary judgment, is **DENIED** as moot. [Doc. #6]

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of August, 2008.